**Michael HARVEY, Claimant/Appellant,**

v.

**ST. LOUIS ART MUSEUM,
Employer/Respondent,**

**and**

**Continental Insurance Co.,
Insurer/Respondent.**

**No. 64332.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 1, 1994.

David M. Kenyon, St. Louis, for claimant/appellant.

R. Kent Schultz, St. Louis, for respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Claimant appeals from the final award of the Labor and Industrial Relations Commission affirming the award of the Administrative Law Judge denying compensation. We affirm. The findings and conclusions of the Commission are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

■

**STATE of Missouri, Plaintiff–
Respondent,**

v.

**Kevin FRANKLIN, Defendant–Appellant.**

**No. 63869.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 1, 1994.

Robert E. Steele, Jr., St. Louis, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant, Kevin Franklin, appeals from his conviction, after a jury trial, of robbery in the second degree. He was sentenced to five years imprisonment. No jurisprudential purpose would be served by an extended opinion in this case. The conviction is affirmed pursuant to Rule 30.25(b).